IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SABRINA WAGNER, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 3:11-cv-000032-DRH-DGW |
| JESSIE BRYANT and JESSE'S PLACE, | ) |
| Defendants. | ) |

**ORDER REGARDING DISCOVERY**

In the interest of reducing delay and expense, it is **ORDERED** that discovery disputes that cannot be resolved through informal means pursuant to Federal Rule of Civil Procedure 37 shall be handled in the following manner:

The party with the discovery dispute shall contact Avier Gaitan, Law Clerk to Judge Wilkerson, at (618) 482-9278, to schedule a telephonic conference call with the Court and opposing counsel. If the dispute involves written discovery, the disputed portion(s) shall be submitted to the Court by e-mail (avier_gaitan@ilsd.uscourts.gov) or faxed to the Court (if less than twenty pages) at (618) 482-9277, prior to the telephonic conference. The party with the discovery dispute shall be responsible for initiating the conference call. The Court's teleconference number is (618) 482-9004. Written motions to compel or legal memoranda will <u>not</u> be accepted unless specifically requested by the Court. Expense of the call will be borne by the non-prevailing party. The parties are directed to this court's webpage, http://www.ilsd.uscourts.gov/Judges/wilkersonpretrial.html, for additional information and specific procedures regarding discovery disputes. **Consult this Court's webpage BEFORE contacting chambers with questions**.

DATED:  December 2, 2011

_____
**DONALD G. WILKERSON**
**United States Magistrate Judge**