IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SABRINA WAGNER,

Plaintiff,

v.

JESSE BRYANT (JESSE'S PLACE),

Defendant.                                        No. 11-0032-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. The Court called this matter for bench trial today at 9:00 a.m. Defendant Jesse Bryant appeared, while plaintiff Sabrina Wagner did not appear. The Court waited for Wagner to appear and she did not. At 9:15 a.m., the Court dismissed without prejudice Wagner's case for failure to prosecute and closed the file.

**IT IS SO ORDERED.**

Signed this 22nd day of April, 2013.

Digitally signed by
David R. Herndon
Date: 2013.04.22
09:59:02 -05'00'

Chief Judge
United States District Court